UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LINDA E. SOMMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:10-CV-99 |
| | ) | (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation [Doc. 17] entered by Magistrate Judge H. Bruce Guyton is **ACCEPTED IN WHOLE** and plaintiff's motion for judgment on the pleadings [Doc. 11] is **GRANTED** to the extent that this case is **REMANDED** for further proceedings consistent with the report and recommendation and the accompanying memorandum opinion. Defendant Commissioner's objections [Doc. 21] are **OVERRULED**, defendant Commissioner's motion for summary judgment [Doc. 15] is **DENIED**.

IT IS SO ORDERED.

                                                      s/ Thomas A. Varlan
                                                      UNITED STATES DISTRICT JUDGE